In the Matter of Alfred B. Osgoodby.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna J. Conyngham, Respondent, v. Albert G. Tedesco, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Marguerite Brady, as Administratrix, etc., of Martin Kriese, Also Known as Martin Brady, Deceased, Appellant, v. Pennsylvania Steel Company, Respondent.— Judgment affirmed on 138 Appellate Division, 233. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Scott, J., dissented.)

The People of the State of New York ex rel. Michael J. Egan, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin and Scott, JJ.

Riter-Conley Manufacturing Company, Appellant, v. The Snare & Triest Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret McDonough, as Administratrix, etc., of Bernard McDonough, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Scott, J., dissented.)

David Sellinger, Appellant, v. Joseph J. Swann, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman Ellis, Appellant, v. Leopold Miller and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Richard F. Hall, Respondent, v. Central Fish Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bon Ton Tailoring Company, Appellant, v. The Champion Laundry, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless defendant stipulates that the judgment be so modified as to award the plaintiff $116.66, with interest from October 16, 1909; in which event, the judgment as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Lofgren, as Administratrix, etc., of John H. Lofgren, Deceased, Respondent, v. Frederick W. Whitridge, as Receiver of the Third Avenue Railroad Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $6,000; in which event, judgment as so modified and